**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cybergy Partners, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **16-10578-RGM** |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | James S. Williamson  P.O. Box 33  Fort Peck, MT 59223 | | Sale of Business | Contingent  Disputed | | | $5,817,166.00 |
| 2 | MMCAP International, Inc. SPC  161 Bay Street, 4th Floor  Toronto, ONT  M5J 258 | | Convertible Debenture | Contingent | | | $1,000,000.00 |
| 3 | Spencer Clarke, LLC  410 Park Avenue  Suite 1500  New York, NY 10022 | | Arbitration | Disputed | | | $930,000.00 |
| 4 | CBIZ MHM, LLC  12993 Collections Center Dr  Chicago, IL 60693 | | Services | | | | $328,286.71 |
| 5 | Sanderson Capital Partners Limited  40 Beaufort  131 Finsbury Pavement  London UK EC2A 1NT | | Convertible Debenture | Contingent | | | $300,000.00 |
| 6 | SNDT Communications, Inc.  90 Prince Street  Apt. 8N  New York, NY 10012 | | Convertible Debenture | Contingent | | | $200,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Synergy Partners, Inc. | | Case number (if known) | 16-20578-RGM | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Joseph Schottland<br>227 Clinton Street<br>Brooklyn, NY 11201 | | Convertible Debenture | Contingent | | | $200,000.00 |
| 8 | Amir Safavi<br>c/o Floyd Associates, Inc.<br>634-B North Robertson Boulevard<br>West Hollywood, CA | | Convertible Debenture | Contingent | | | $200,000.00 |
| 9 | Cohen Mohr, LLP<br>1055 Thomas Jefferson St., NW<br>Suite 504<br>Washington, DC 20007 | | Services | | | | $121,130.15 |
| 10 | Singer Children Management Trust<br>220 Fletcher Avenue, Suite 501<br>Fort Lee, NJ 07024 | | Convertible Debenture | Contingent | | | $100,000.00 |
| 11 | Scott M. Stern Revocable Trust<br>4 Chateau Oaks<br>St. Louis, MO 63124 | | Convertible Debenture | Contingent | | | $100,000.00 |
| 12 | United Health Care Ins. Co.<br>22703 Network Place<br>Chicago, IL 60673-1227 | | Health Insurance | | | | $98,457.81 |
| 13 | Richard Imperatore<br>57 Bogart Avenue<br>Port Washington, NY 11050 | | Convertible Debenture | Contingent | | | $75,000.00 |
| 14 | Sichenzia Ross Freidman Ference, LLP<br>61 Broadway<br>32nd Floor<br>New York, NY 10006 | | Attorney Fees | | | | $59,139.72 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 The JMM Foundation, Inc. 160 Hollywood Crossing Lawrence, NY 11559 | | Convertible Debenture | Contingent | | | $50,000.00 |
| 16 Stourbridge Investments, LLC 700 Summit Road Union, NJ 07083-7749 | | Convertible Debenture | | | | $50,000.00 |
| 17 Robert McCarthy 1450 Fairbrook Drive St. Louis, MO 63131 | | Convertible Debenture | Contingent | | | $50,000.00 |
| 18 Michael Holloway #204-1406 Laburnum Street Vancouver, BC V6J 3W3 | | Convertible Debenture | Contingent | | | $50,000.00 |
| 19 Clyde Berg 10050 Bandley Drive Cupertino, CA 95014 | | Convertible Debenture | Contingent | | | $50,000.00 |
| 20 Offit Kurman Attorneys at Law 8171 Maple Lawn Blvd. Suite 200 Maple Lawn, MD 20759 | | Services | | | | $46,185.19 |