# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

In re Cybergy Partners, Inc.

Case No. 16-10578-RGM

Debtor(s)　　　　　　　　Chapter 11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to ____March 24, 2016____, for filing the following:

Summary of Schedules and All Schedules
List of Equity Security Holders
Statement of Financial Affairs

　　　　　　　　　　　　　　　　　　　　WILLIAM C. REDDEN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By /s/ Denise S. Williams
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: March 04, 2016

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 04, 2016

[oextflss ver 01/10]