# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria    **Division**

In re  Cybergy Partners, Inc.

Case No.   16-10578-RGM

Debtor(s)    Chapter   11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to ___March 24, 2016___, for filing the following:

Summary of Schedules and All Schedules
List of Equity Security Holders
Statement of Financial Affairs

WILLIAM C. REDDEN
Clerk of Court

By /s/ Denise S. Williams
         Deputy Clerk

Date: March 04, 2016

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 04, 2016

[oextflss ver 01/10]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Cybergy Partners, Inc.  
    Debtor

Case No. 16-10578-RGM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: williamsd     Page 1 of 1     Date Rcvd: Mar 04, 2016  
                     Form ID: pdford6     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2016.
```
db          +Cybergy Partners, Inc.,    1911 N. Fort Myer Drive,    Suite 300,    Arlington, VA 22209-1603
desig       +Mark Gray,    1911 N. Fort Myer Drive,    Suite 300,    Arlington, VA 22209-1603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2016 at the address(es) listed below:
```
              David Charles Masselli    on behalf of Debtor    Cybergy Partners, Inc. dm@mllaw.com
              Jack   Frankel    on behalf of U.S. Trustee Judy A. Robbins jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3
```